DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PINETREE WATER CONTROL DISTRICT,**
Appellant,

v.

**VILLAGE OF WELLINGTON,**
Appellee.

No. 4D20-375

[July 30, 2020]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502019CA006485.

Michael Compagno of Michael Compagno, P.A., West Palm Beach, for appellant.

Jefferey L. Hochman and Hudson C. Gill of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and MAY, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***